# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160543(50)(51)

DORIS COLLINS, and all others similarly
situated, ROBIN PLEASANT, JASON PHINSEE,
LEE MCDONALD, and CONLEY COLLISION,
INC.,
        Plaintiffs-Appellees,

v

CITY OF FLINT,
        Defendant-Appellant.
_____/

SC: 160543
COA: 340338
Genesee CC: 16-106077-CZ

On order of the Chief Justice, the motions of the Michigan Municipal League to file a brief amicus curiae and to extend the time for doing so are GRANTED. The amicus brief will be accepted for filing if submitted on or before January 16, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk